IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>              Plaintiff, )<br>                 )<br>vs. )<br>                 )<br>APOTEX INC. and APOTEX CORP., )<br>             Defendants. ) | Civil Action No. _____ |

**DISCLOSURE STATEMENT OF MEDPOINTE HEALTHCARE INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff MedPointe Healthcare Inc. (a nongovernmental corporate party) makes the following disclosure statement.

I. **PARENT CORPORATIONS:**

- The CPI Development Corporation is the parent corporation of Plaintiff MedPointe Healthcare Inc.; and

- MedPointe Inc. is the parent corporation of The CPI Development Corporation.

II. **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

- No publicly held corporation owns 10% or more of the stock of MedPointe Healthcare Inc., The CPI Development Corporation or MedPointe Inc.

RLF1-3139647-1

|  |  |
|---|---|
| *Of Counsel:* | [signature]<br>Frederick L. Cottrell, III (#2555)<br>Jameson A.L. Tweedie (#4927)<br>RICHARDS, LAYTON & FINGER P.A. |
| John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>(212) 446-4800 | One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>tweedie@rlf.com<br>*Attorneys for Plaintiff*<br>*MedPointe Healthcare Inc.* |

Dated: April 17, 2007