# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JAMESON A.L. TWEEDIE

DIRECT DIAL NUMBER
302-651-7839
TWEEDIE@RLF.COM

June 25, 2007

**VIA E-FILING**

The Honorable Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  *Medpointe Healthcare Inc. v. Apotex Inc. and Apotex Corp.*, C.A. 07-204 SLR

Dear Chief Judge Robinson:

In anticipation of the Rule 16 teleconference for Wednesday, June 27 at 9:00 a.m., the parties have discussed a proposed Rule 16 Scheduling Order. Enclosed is the product of those discussions. I am happy to report that the parties have reached agreement on the dates contained therein, although a few are, of course, subject to the Court's calendar. Unfortunately, the parties are at a disagreement over a sentence in paragraph 10 which defendants wish to include and plaintiff does not. The sentence is marked accordingly.

In the interim, if the Court has any questions or comments, please do not hesitate to call.

Respectfully,

Jameson A.L. Tweedie

JT/jt

cc:  Richard L. Horwitz, Esquire (via e-filing and hand delivery)
    Robert B. Breisblatt, Esquire (via e-mail)
    Anne S. Toker, Esquire (via e-mail)

RLF1-3170270-1