IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-204-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 26th day of June, 2007, true and correct copies of Plaintiff's Rule 26(a)(1) Initial Disclosures were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 1980

**VIA FEDERAL EXPRESS**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

|  |  |
|---|---|
| *Of Counsel:* | _____<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022<br>(212) 446-4800 | Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |
| Dated:  June 26, 2007 | Attorneys for Plaintiff<br>*MedPointe Healthcare Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6[th] Floor
>1313 N. Market Street
>Wilmington, DE  19801

I hereby certify that on June 26, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

>A. Sidney Katz
>Robert B. Breisblatt
>Steven E. Feldman
>Stephen P. Benson
>WELSH & KATZ, LTD.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL  60606

>/s/ Jameson A. L. Tweedie
>Jameson A. L. Tweedie (#4927)
>tweedie@rlf.com