IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-204-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp., hereby certifies that copies of the following documents were caused to be served on August 14, 2007, upon the following attorneys of record at the following addresses as indicated:

APOTEX'S FIRST SET OF INTERROGATORIES TO MEDPOINTE
(NOS. 1-2)

APOTEX'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS
AND THINGS TO MEDPOINTE (NOS. 1-68)

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

### VIA ELECTRONIC MAIL

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

Sidney Katz
Robert B. Breisblatt
Julie A. Katz
Louise T. Walsh
Michael A. Krol
Brian J. Sodikoff
Amy L. Hammer
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:    (312) 655-1500

Dated: August 14, 2007
812629 / 30136-001

By: */s/ Kenneth L. Dorsney*
     Richard L. Horwitz (No. 2246)
     Kenneth L. Dorsney (No. 3726)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19801
     (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

*Counsel for Defendants Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 14, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 14, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Jameson A. L. Tweedie<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>tweedie@rlf.com | John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>parmenio@kirkland.com<br>atoker@kirkland.com |

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

798407/30136-001