IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 07-204-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 27th day of September, 2007, true and correct copies of Plaintiff's Objections and Responses to Apotex's First Set of Interrogatories to MedPointe (Nos. 1-2) were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY
AND ELECTRONIC MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  *Attorneys for Plaintiff*
  *MedPointe Healthcare Inc.*

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: September 27, 2007

RLF1-3206102-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, the foregoing document was hand delivered to the following persons:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on September 27, 2007, the foregoing document was sent to the following persons by Federal Express:

> A. Sidney Katz, Esq.
> Robert B. Breisblatt, Esq.
> Steven E. Feldman, Esq.
> Stephen P. Benson, Esq.
> WELSH & KATZ, LTD.
> 120 S. Riverside Plaza, 22nd Floor
> Chicago, IL 60606

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com