**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 07-204-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 27th day of September, 2007, true and correct

copies of Plaintiff's Objections and Responses to Apotex's First Request For The Production

Of Documents And Things To MedPointe were served, in the manner indicated, on counsel as

follows:

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
| **AND ELECTRONIC MAIL** | A. Sidney Katz |
| Richard L. Horwitz | Robert B. Breisblatt |
| Potter Anderson & Corroon LLP | Steven E. Feldman |
| Hercules Plaza, 6th Floor | Stephen P. Benson |
| 1313 N. Market Street | Welsh & Katz, Ltd. |
| Wilmington, DE 19801 | 120 South Riverside Plaza, 22nd Floor |
| | Chicago, IL 60606 |
| | |
| | _____ |
| *Of Counsel:* | Frederick L. Cottrell, III (#2555) |
| | cottrell@rlf.com |
| John M. Desmarais | Jameson A.L. Tweedie (#4927) |
| Peter J. Armenio | tweedie@rlf.com |
| Anne S. Toker | RICHARDS, LAYTON & FINGER P.A. |
| KIRKLAND & ELLIS LLP | One Rodney Square |
| Citigroup Center | P.O. Box 551 |
| 153 East 53rd Street | Wilmington, Delaware 19899 |
| New York, New York 10022 | (302) 651-7700 |
| (212) 446-4800 | *Attorneys for Plaintiff* |
| Dated: September 27, 2007 | *MedPointe Healthcare Inc.* |

RLF1-3206111-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, the foregoing document was hand delivered

to the following persons:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on September 27, 2007, the foregoing document was sent to the

following persons by Federal Express:

> A. Sidney Katz, Esq.
> Robert B. Breisblatt, Esq.
> Steven E. Feldman, Esq.
> Stephen P. Benson, Esq.
> WELSH & KATZ, LTD.
> 120 S. Riverside Plaza, 22nd Floor
> Chicago, IL  60606

> Jameson A.L. Tweedie (#4927)
> tweedie@rlf.com

RLF1-3206035-1