IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-204-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 27th day of September, 2007, true and correct copies of Plaintiff's First Set of Interrogatories were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: September 27, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   *Attorneys for Plaintiff*
   *MedPointe Healthcare Inc.*

RLF1-3206102-2

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I the foregoing document was hand delivered to the following person as follows:

### BY HAND DELIVERY

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I hereby certify that on September 27, 2007, I the foregoing document was sent to the following persons by Federal Express:

### VIA FEDERAL EXPRESS

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

/s/ Jameson A.L. Tweedie
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com