IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-204-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp., hereby certifies that copies of the following documents were caused to be served on October 29, 2007, upon the following attorneys of record at the following addresses as indicated:

APOTEX, INC. AND APOTEX CORP.'S RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR ADMISSION

APOTEX, INC. AND APOTEX CORP.'S RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES

APOTEX, INC. AND APOTEX CORP.'S RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS
AND THINGS

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert B. Breisblatt<br>Julie A. Katz<br>Louise T. Walsh<br>Michael A. Krol<br>Brian J. Sodikoff<br>Amy L. Hammer<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 655-1500 | By: /s/ Kenneth L. Dorsney<br>    Richard L. Horwitz (No. 2246)<br>    Kenneth L. Dorsney (No. 3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com |
| Dated: October 29, 2007<br>828172/ 30136-001 | *Counsel for Defendants Apotex Inc.*<br>*and Apotex Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on October 29, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 29, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Jameson A. L. Tweedie<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>cottrell@rlf.com<br>tweedie@rlf.com | John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022<br>jdesmarais@kirkland.com<br>parmenio@kirkland.com<br>atoker@kirkland.com |

                                                    */s/ Kenneth L. Dorsney*
                                                    Richard L. Horwitz
                                                    Kenneth L. Dorsney
                                                    Potter Anderson & Corroon LLP
                                                    Hercules Plaza – Sixth Floor
                                                    1313 North Market Street
                                                    Wilmington, DE  19801
                                                    (302) 984-6000
                                                    rhorwitz@potteranderson.com
                                                    kdorsney@potteranderson.com

798407/30136-001