IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-204-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp., hereby certifies that copies of the following documents were caused to be served on December 14, 2007, upon the following attorneys of record at the following addresses as indicated:

APOTEX'S SECOND SET OF INTERROGATORIES TO MEDPOINTE
(Nos. 3-5)

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

| | |
|---|---|
| OF COUNSEL:<br><br>Robert B. Breisblatt<br>Julie A. Katz<br>Louise T. Walsh<br>Michael A. Krol<br>Brian J. Sodikoff<br>Amy L. Hammer<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel:   (312) 655-1500<br><br>Dated: December 14, 2007<br>837703 / 30136-001 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Kenneth L. Dorsney<br>   Richard L. Horwitz (No. 2246)<br>   Kenneth L. Dorsney (No. 3726)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   P.O. Box 951<br>   Wilmington, DE 19801<br>   (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   kdorsney@potteranderson.com<br><br>*Counsel for Defendants Apotex Inc.*<br>*and Apotex Corp.* |

## **CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on December 14, 2007, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

### **VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### **VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

/s/ *Kenneth L. Dorsney*
Kenneth L. Dornsey

800416/30136-001