IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 07-204-SLR |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Kelly A. Farnan of Richards Layton & Finger, P.A. is substituted for Jameson A.L. Tweedie of Richards Layton & Finger, P.A. as counsel for Medpointe Healthcare, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger, P.A. continue to represent Medpointe Healthcare, Inc. in this matter.

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: December 20, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

RLF1-3236631-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I hereby certify that on December 20, 2007, I sent the foregoing document by electronic mail to the following non-registered participant:

>A. Sidney Katz
>Robert B. Breisblatt
>Steven E. Feldman
>Stephen P. Benson
>WELSH & KATZ, LTD.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606
>askatz@Welshkatz.com
>rbbreisblatt@welshkatz.com
>sefeldman@welshkatz.com
>sbenson@welshkatz.com

_____
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com