IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| Plaintiff, | ) |
| vs. | ) C. A. No. 07-204 |
| APOTEX INC. and APOTEX CORP., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 14, 2008, true and correct copies of Plaintiff's Objections and Responses to Apotex's Second Set of Interrogatories to Medpointe (Nos. 3-5) was served, in the manner indicated, on counsel as follows:

**VIA E-MAIL and HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

**VIA E-MAIL**

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

Dated: January 15, 2008

RLF1-3238867-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

### BY HAND DELIVERY

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I hereby certify that on January 15, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

Kelly E. Farnan (#4395)

RLF1-3238878-1