IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>                               )<br>       Plaintiff,     )<br>                               )<br>v.                         )<br>                               )<br>APOTEX INC. and APOTEX CORP., )<br>                               )<br>       Defendants.     ) | C.A. No. 07-204-SLR |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Delaware Local Rules 30.1 through 30.6, Defendants, Apotex Inc. and Apotex Corp., will take the deposition by oral examination of Mr. Chris Maltese at the offices of Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022, commencing at 9:30 A.M. on February 27, 2008, or at such other time and place as agreed to by the parties. The deposition will be taken by stenographic and videographic means before a notary public or other officer duly authorized to administer oaths and will continue day to day until completed. You are invited to attend and cross-examine.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert B. Breisblatt<br>Julie A. Katz<br>Louise T. Walsh<br>Michael A. Krol<br>Brian J. Sodikoff<br>Amy L. Hammer<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel:  (312) 655-1500<br><br>Dated: February 11, 2008<br>847910 / 30136-001 | By: /s/ Kenneth L. Dorsney<br>     Richard L. Horwitz (No. 2246)<br>     Kenneth L. Dorsney (No. 3726)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     P.O. Box 951<br>     Wilmington, DE 19801<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     kdorsney@potteranderson.com<br><br>*Counsel for Defendants Apotex Inc. and Apotex Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 11, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>farnan@rlf.com | John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>parmenio@kirkland.com<br>atoker@kirkland.com |

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

798407/30136-001