IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-204-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Kenneth L. Dorsney, Esq., of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, hereby withdraws his appearance as counsel for Apotex Inc. and Apotex Corp. ("Defendants"). All other attorneys involved in the case from Welsh & Katz, Ltd. and Potter Anderson & Corroon LLP continue to represent Defendants.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Sidney Katz | |
| Robert B. Breisblatt | |
| Julie A. Katz | By: /s/ Kenneth L. Dornsey |
| Louise T. Walsh | Richard L. Horwitz (No. 2246) |
| Michael A. Krol | Kenneth L. Dorsney (No. 3726) |
| Brian J. Sodikoff | Hercules Plaza, 6th Floor |
| Amy L. Hammer | 1313 N. Market Street |
| WELSH & KATZ, LTD. | P.O. Box 951 |
| 120 S. Riverside Plaza, 22nd Floor | Wilmington, DE 19801 |
| Chicago, IL 60606 | (302) 984-6000 |
| Tel: (312) 655-1500 | rhorwitz@potteranderson.com |
| | kdorsney@potteranderson.com |
| Dated: February 29, 2008 | |
| 851503 / 30136-001 | *Counsel for Defendants Apotex Inc. and Apotex Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on February 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 29, 2008 the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
farnan@rlf.com

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

798407/30136-001