IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDPOINTE HEALTHCARE INC.,               )
                                          )
                    Plaintiff,            )
                                          )
                                          )
        vs.                               )          C. A. No. 07-204
                                          )
                                          )
APOTEX INC. and APOTEX CORP.,             )
                                          )
                    Defendants.           )

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 5, 2008, true and correct copies of Plaintiff's

Amended Rule 26(a)(1) Initial Disclosures was served, in the manner indicated, on counsel as

follows:

**HAND DELIVERY**                         **E-MAIL**

Richard L. Horwitz                        A. Sidney Katz
Potter Anderson & Corroon LLP             Robert B. Breisblatt
Hercules Plaza, 6th Floor                 Steven E. Feldman
1313 N. Market Street                     Stephen P. Benson
Wilmington, DE  19801                     Welsh & Katz, Ltd.
                                          120 South Riverside Plaza, 22nd Floor
                                          Chicago, IL  60606


                                          _____/s/Kelly E. Farnan_____
                                          Frederick L. Cottrell, III (#2555)
OF COUNSEL:                               cottrell@rlf.com
                                          Kelly E. Farnan (#4395)
John M. Desmarais                         farnan@rlf.com
Peter J. Armenio                          Richards, Layton & Finger P.A.
Anne S. Toker                             920 N. King Street
Kirkland & Ellis LLP                      Wilmington, Delaware 19801
Citigroup Center                          (302) 651-7700
153 East 53rd Street                      *Attorneys for Plaintiff*
New York, New York  10022                 *Meda Pharmaceuticals Inc.*
(212) 446-4800

Dated:  March 10, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I hereby certify that on March 10, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

A. Sidney Katz
Julie A. Katz
Louise T. Walsh
Michael A. Krol
Brian J. Sodikoff
Amy L. Hammer
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

                    /s/Kelly E. Farnan
                    Kelly E. Farnan (#4395)

RLF1-3253903-1