IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-204-SLR ) |
| APOTEX INC. and APOTEX CORP., | ) ) |
| Defendants. | ) ) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE of the change of firm and address, effective today, for Robert B. Breisblatt, who has been admitted pro hac vice to represent Defendants Apotex Inc. and Apotex Corp. in this matter. All other attorneys involved in the case from Welsh & Katz, Ltd. and Potter Anderson & Corroon LLP continue to represent Defendants.

> Robert B. Breisblatt
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois 60661-3693
> (312) 902-5480
> robert.breisblatt@kattenlaw.com

OF COUNSEL:

Sidney Katz
Julie A. Katz
Louise T. Walsh
Michael A. Krol
Brian J. Sodikoff
Amy L. Hammer
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:   (312) 655-1500

and

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
   Richard L. Horwitz (No. 2246)
   David E. Moore (No. 3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19801
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Counsel for Defendants Apotex Inc.
and Apotex Corp.*

Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Tel: (312) 902-5480

Dated: April 4, 2008
858236 / 30136-001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 4, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
farnan@rlf.com

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Benjamin A. Lasky
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
blasky@kirkland.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

798407/30136-001